AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>STEFAN DELGADO ARGOTE a/k/a "Ohm" and "Burberry"; MATTHIAS OLTMANN a/k/a "Joduskame," "Rolle3k," and "Sheppard"; TYRONE TOM PAUER a/k/a "Beaving"; CHACHANI MISTI Y PICHU PICHU S.R.L., a company organized under the laws of Peru; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:16-cv-5871<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stefan Delgado-Argote                    or address:
Kaiser-Friedrich-Ring 74                 Wichernstraße 9
65185 Wiesbaden                          97199 Ochsenfurt
Germany                                  Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Marc E. Mayer (SBN 190969)
>Karin G. Pagnanelli (SBN 174763)
>Daniel A. Kohler (SBN 285501)
>Mitchell Silberberg & Knupp LLP
>11377 W. Olympic Boulevard
>Los Angeles, CA 90064-1683
>Telephone: 310-312-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*